

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC**., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo
GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellees filed their brief on May 21, 2014.  Appellant City of San Antonio's reply brief is due on June 10, 2014.  *See* TEX. R. APP. P. 38.6(c).  On June 6, 2014, Appellant filed a motion for a fifteen-day extension of time to file the reply brief.

Appellant's motion is GRANTED.   Appellant's reply brief must be filed not later than June 25, 2014.  **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court